# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JALONI MOLLISON,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 70201

**FILED**

JUL 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order on a "Motion for the Appointment of Counsel, Request for Evidentiary Hearing, and Motion to Hold Roy Nelson Attorney of Record in Contempt for Failing to Forward a Copy of the Case File." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Douglas W. Herndon, District Judge
       John Jaloni Mollison
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-22131